## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

WILLIAM SPONN, Individually and
on Behalf of All Others Similarly
Situated,

Case No.: 16-cv-02625-RWT

        Plaintiff,

<u>CLASS ACTION</u>

   v.

EMERGENT BIOSOLUTIONS INC.,
FUAD EL-HIBRI, DANIEL J.
ABDUN-NABI, ROBERT G.
KRAMER and ADAM R. HAVEY,

        Defendants.

## MOTION FOR ADMISSION PRO HAC VICE

I, <u>Heather T. Mowell</u>, am a member in good standing of the bar of this Court.  I am

moving the admission of <u>Michael G. Bongiorno</u> to appear pro hac vice in this case as counsel for

defendants Emergent Biosolutions, Inc., Fuad El-Hibri, Daniel J. Abdun-Nabi, Robert G. Kramer

and Adam Havey (the "Defendants").

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not
   maintain any law office in Maryland.

2. The proposed admittee is a member of good standing of the bars of the following
   State Courts and/or United States Courts:

| State Court &<br>Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Massachusetts (12/17/1991) | U.S. District Court of Massachusetts (4/24/1992) |
| New York (6/1/1992) | U.S. District Court, Southern District of New York (3/20/2007) |
| New Hampshire (9/7/2005) | U.S. Court of Appeals for the First Circuit (4/9/1993) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 1 time. The admittee is currently admitted pro hac vice in this Court in *Chamblee v. TerraForm Power, Inc. et al.*, 8:16-cv-00981-PX, Dkt. No. 19 (D. Md.).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction, (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under the penalties of perjury that the foregoing statements are true and correct.

**Dated:** July 26, 2016

MOVANT

Heather T. Mowell (Md., 30244)
Wilmer Cutler Pickering Hale
and Dorr LLP
1875 Pennsylvania Ave. N.W.
Washington D.C. 20006
heather.mowell@wilmerhale.com
tel.: 202 663-6000
fax: 202 663-6363

PROPOSED ADMITTEE

Michael G. Bongiorno (N.Y., 4347316)
Wilmer Cutler Pickering Hale
and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
michael.bongiorno@wilmerhale.com
tel.: 212-937-7518
fax: 212-230-8888

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 2, 2016 and paper copies will be sent via U.S. mail to:

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARY J. BLASY
ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747


COREY D. HOLZER
MARSHALL DEES
HOLZER & HOLZER, LLC
1200 Ashford Parkway, Suite 410
Atlanta, GA  30338

_____/s/_____
Heather T. Mowell
