UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENT BIOSOLUTIONS INC., FUAD EL-HIBRI, DANIEL J. ABDUN-NABI, ROBERT G. KRAMER and ADAM R. HAVEY,<br><br>Defendants. | Case No. 16-cv-02625-RWT<br><br><u>CLASS ACTION</u> |

**JOINT STIPULATION AND MOTION OF ALL PARTIES REGARDING SERVICE, SCHEDULING AND PLEADING**

All parties, by and through their attorneys, hereby move for a scheduling order taking into account the timing requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4 (the "Reform Act").

**WHEREAS**, on July 19, 2016, William Sponn, individually and on behalf of all others similarly situated ("Plaintiff"), filed a Class Action Complaint for Violations of Federal Securities Laws captioned *William Sponn, Individually and on Behalf of All Others Similarly Situated, v. Emergent Biosolutions Inc., Fuad El-Hibri, Daniel J. Abdun-Nabi, Robert G. Kramer and Adam R. Havey* ("Defendants"), Case No. 8:16-cv-02625-RWT (the "Complaint");

**WHEREAS**, all Defendants have either been served with process or hereby accept service of process;

**WHEREAS**, this putative class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  *See* 15 U.S.C. §78u-4 *et seq.*;

**WHEREAS**, the PSLRA provides for consolidation of any related actions and then the appointment of a lead plaintiff and lead counsel, after a 60-day notice period expires following the publication of notice of the filing of an initial securities class action.  *See* 15 U.S.C. §78u-4(a)(3);

**WHEREAS**, counsel for Plaintiff published notice of the Action on July 19, 2016;

**WHEREAS**, motions for the appointment as lead plaintiff and for approval of the lead plaintiff's selection of lead counsel are due on September 17, 2016;

**WHEREAS**, lead plaintiff and lead counsel will not be appointed until weeks following the completion of briefing on any lead plaintiff motions, and accordingly it is unclear at this time who will ultimately have the authority to act on behalf of the putative class, and whether the court-appointed lead plaintiff will file a consolidated or amended complaint, or stand on the existing complaint filed herein; and

**WHEREAS**, no Party has previously requested or received time for an extension to answer or otherwise plead to the complaint in the above-captioned action;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff and Defendants, that:

1. As set forth below, Defendants are not required to respond to Plaintiff's' initial Complaint;

2. Upon appointment, the lead plaintiff shall have sixty (60) days to file a consolidated or amended complaint or to deem the initial Complaint filed herein or in another similar action the operative complaint;

3. Defendants shall answer, move against, or otherwise respond to the operative complaint within sixty (60) days after service;

4. Lead plaintiff shall have sixty (60) days thereafter to oppose any motion that may be filed by Defendants; and

5. Defendants shall have thirty (30) days after the filing of lead plaintiff's opposition papers to file their reply.

**IT IS SO STIPULATED.**

DATED:  August 3, 2016

DEFENDANTS

By their counsel,

*/s/ Heather Mowell*
Heather Mowell
WILMER, CUTLER, PICKERING, HALE, AND DORR LLP
1875 Pennsylvania Ave. N.W.
Washington D.C. 20006
Tel.:  202 663-6000
Fax:  202 663-6363
heather.mowell@wilmerhale.com

Michael G. Bongiorno
Timothy Perla
Eric Wolkoff
WILMER, CUTLER, PICKERING, HALE, AND DORR LLP
60 State Street
Boston, MA 02109
Tel.(617) 526-6000
Fax (617) 526-5000
michael.bongiorno@wilmerhale.com
timothy.perla@wilmerhale.com
eric.wolkoff@wilmerhale.com

PLAINTIFF

By his counsel,

*/s/ Dana W. McKee (with permission)*
Dana W. McKee
BROWN, GOLDSTEIN LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Telephone:  410/962-1030
410/385-0869 (fax)
dwm@browngold.com

      Samuel H. Rudman
      David A. Rosenfeld
      Mary J. Blasy
      ROBBINS GELLER RUDMAN
        &amp; DOWD LLP
      58 South Service Road, Suite 200
      Melville, NY  11747
      Telephone:  631/367-7100
      631/367-1173 (fax)
      srudman@rgrdlaw.com
      drosenfeld@rgrdlaw.com
      mblasy@rgrdlaw.com

      Corey D. Holzer
      Marshall Dees
      HOLZER & HOLZER, LLC
      1200 Ashford Parkway, Suite 410
      Atlanta, GA  30338
      Telephone: 770/392-0090
      770/392-0029 (fax)
      cholzer@holzerlaw.com
      mdees@holzerlaw.com

DATED:  August 3, 2016


SO ORDERED this _____ day of August _____, 2016


_____
THE HONORABLE ROGER W. TITUS
United States District Judge