| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Robbins Geller Rudman & Dowd LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100    FAX No: 631-367-1173 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - District of Maryland

Plaintiff: William Sponn, Individually, et al.
Defendant: Emergent BioSolutions, Inc., et al.

| **AFFIDAVIT OF SERVICE PROOF SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 16CV02625RWT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint

3. a. Party served:  Emergent BioSolutions, Inc
   b. Person served:  Amy McLaren, Person Authorized to Accept Service, Caucasian, Female, 32 Years Old, Brown Hair, Sitting, 180 Pounds.

4. Address where the party was served:  The Corporation Trust Company
   1209 Orange Street
   Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jul. 20, 2016 (2) at: 3:45PM

7. Person Who Served Papers:
   a. Gabrielle Sachetta
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

7-29-16  (signed) Gabrielle Sachetta
(Date)              (Signature)

8. STATE OF DELAWARE, COUNTY OF New Castle

Subscribed and sworn to (or affirmed) before me on this 29 day of July 2016 by Gabrielle Sachetta proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE
PROOF SUMMONS                                      (Notary Signature)                  sarud.158658

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 5, 2019