| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Samuel H. Rudman, Esq.<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of Maryland | | | | |
| Plaintiff: William Sponn, Individually, et al. | | | | |
| Defendant: Emergent BioSolutions, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**PROOF SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>16CV02625RWT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint

3. a. Party served:           Adam Havey
   b. Person served:          Party in item 3a

4. Address where the party was served:    1200 Holt Road
                                          Mason, MI 48854

5. I served the party:
   b. by substituted service. On: Wed., Jul. 20, 2016 at: 5:35PM by leaving the copies with or in the presence of:
                                 Susan Havey, Wife / Co-Occupant
   (2) (Home)Competent Member of the Household over 18. I informed him or her of the general nature of the papers.

7. Person Who Served Papers:
   a. Brandon Earegood
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of MICHIGAN that the foregoing is true and correct.

7/29/2016    Brandon Earegood
(Date)              (Signature)

8. STATE OF MICHIGAN, COUNTY OF Ingham
Subscribed and sworn to (or affirmed) before me on this 29 day of July, 2016 by Brandon Earegood proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Notary Signature)    sarud. 58660
my commission expires 7/6/2020