IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| William Sponn | * | |
| vs. | * | Case No. 8:16-cv-02625-RWT |
| Emergent Biosolutions, Inc., et al. | * | |
| | ****** | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: Defendants Emergent Biosolutions, Inc.; Fuad El-Hibri; Daniel J. Abdun-Nabi; Robert G. Kramer; and Adam Havey.

I certify that I am admitted to practice in this court.

_10/6/2016_
*Date*

_[signature]_
*Signature of Counsel*

Yosef J. Riemer            05102
*Print Name*            *Bar Number*

Kirkland & Ellis LLP
*Firm Name*

601 Lexington Avenue
*Address*

New York/New York/10022
*City/State/Zip*

212-446-4800
*Phone No.*

212-446-4900
*Fax No.*

yriemer@kirkland.com
*Email Address*