## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**WILLIAM SPONN**          *

**Plaintiff,**

                           *

v.                         Case No. 8:16-cv-02625-RWT

                           *

EMERGENT BIOSOLUTIONS, INC., et al.

**Defendant.**             *

### MOTION FOR ADMISSION PRO HAC VICE

I, Yosef J. Riemer, am a member in good standing of the bar of this Court. I am moving the admission of Matthew Solum to appear pro hac vice in this case as counsel for Emergent Biosolutions, Inc., et al.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York State Court - February 28, 2000 | See Attached Sheet |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

_/s/ Yosef J. Riemer_
Signature

**Yosef J. Riemer  05102**
Printed name and bar number

**Kirkland & Ellis LLP**
Office name

601 Lexington Avenue, New York, NY 10022
Address

**yriemer@kirkland.com**
Email Address

**212-446-4800**
Telephone number

**212-446-4900**
Fax Number

PROPOSED ADMITTEE

_/s/ Matthew Solum_
Signature

**Matthew Solum**
Printed name and bar number

**Kirkland & Ellis LLP**
Office name

601 Lexington Avenue, New York, NY 10022
Address

**msolum@kirkland.com**
Email Address

**212-446-4688**
Telephone number

**212-446-4900**
Fax Number

## MATTHEW SOLUM -- COURT ADMISSIONS

| | |
|---|---|
| U.S.D.C., S.D.N.Y. | May 15, 2000 |
| U.S.D.C., E.D.N.Y. | May 15, 2000 |
| U.S.D.C., W.D.N.Y. | July 10, 2012 |
| U.S.D.C., E.D. of Michigan | June 19, 2006 |
| U.S.D.C., District of Colorado | October 9, 2012 |
| U.S.C.A. DC Circuit | January 1, 2001 |
| U.S.C.A. Sixth Circuit -- Cincinnati | December 28, 2004 |
| U.S.C.A. Seventh Circuit -- Chicago | December 30, 2004 |
| U.S.C.A. Second Circuit -- New York | March 22, 2007 |