UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENT BIOSOLUTIONS, INC., et al.,<br><br>Defendants. | No. 8:16-cv-02625-RWT<br><br><u>CLASS ACTION</u> |

**ORDER APPOINTING LEAD PLAINTIFFS AND**
**APPROVING SELECTION OF LEAD COUNSEL**

Having considered the City of Cape Coral Municipal Firefighters' Retirement Plan and City of Sunrise Police Officers' Retirement Plan's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion") [ECF No. 16], the Notice of Non-Opposition to Motion by the Plaintiff, William Sponn [ECF No. 21], and good cause appearing therefor, the Court **ORDERS** as follows:

1. The Motion be and is hereby **GRANTED**, and the City of Cape Coral Municipal Firefighters' Retirement Plan and City of Sunrise Police Officers' Retirement Plan are hereby added as Plaintiffs;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), the City of Cape Coral Municipal Firefighters' Retirement Plan and City of Sunrise Police Officers' Retirement Plan are appointed as Lead Plaintiffs; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the City of Cape Coral Municipal Firefighters' Retirement Plan and City of Sunrise Police Officers' Retirement Plan's selection of Robbins Geller Rudman & Dowd LLP is approved and it is appointed as Lead Counsel. As Lead Counsel,

Robbins Geller Rudman & Dowd LLP shall have the authority to speak for all plaintiffs and class members regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Specifically, Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

      (a)      to prepare and file all pleadings;

      (b)      to brief and argue motions;

      (c)      to initiate and conduct discovery;

      (d)      to direct and coordinate the examination of witnesses in depositions;

      (e)      to act as spokesperson at all pretrial conferences;

      (f)      to organize plaintiff's counsel as necessary and appropriate, including delegating work responsibilities that support the efficient prosecution of this case and avoid duplication or unproductive effort;

      (g)      to select, employ and consult with experts;

      (h)      to initiate and conduct settlement negotiations with defendants' counsel;

      (i)      to receive and review periodic time and expense reports of all attorneys on behalf of plaintiff to determine if the resources expended are appropriate and beneficial to the putative class as well as to determine and distribute plaintiff's attorneys' fees; and

      (j)      to supervise all other matters concerning the prosecution or resolution of the action; and

      4.      No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery. No settlement negotiations shall be conducted without the approval of Lead Counsel; and

5. Lead Counsel shall be the contact between plaintiff's counsel and defendants' counsel, as well as the spokesperson for all plaintiff's counsel, and shall direct and coordinate the activities of plaintiff's counsel.

IT IS SO ORDERED.

DATED: October 25, 2016

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE