# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Greenbelt Division)

| | |
|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> EMERGENT BIOSOLUTIONS INC., FUAD EL-HIBRI, DANIEL J. ABDUN-NABI, ROBERT G. KRAMER and ADAM R. HAVEY, <br><br> Defendants. | Case No.: 16-cv-02625-RWT <br><br> CLASS ACTION |

## Motion To Withdraw

In accordance with Local Rule 101.2(b), I, Heather T. Mowell, respectfully move to withdraw my appearance as counsel for Defendants Emergent Biosolutions, Inc., Fuad El-Hibri, Daniel J. Abdun-Nabi, Robert G. Kramer and Adam Havey (the "Defendants").  Matthew Solum and Yosef J. Riemer of the law firm of Kirkland and Ellis LLP previously entered appearances in this case and will continue to represent the Defendants.

/s/ Heather T. Mowell
Heather T. Mowell (30244)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
heather.mowell@wilmerhale.com
tel.:  202-663-6713
fax:  202-663-6363

December 30, 2016

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 30, 2016:

SAMUEL H. RUDMAN
ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747


DANA W. McKEE
BROWN, GOLDSTEIN LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202

                                            */s/* Heather T. Mowell_____
                                            Heather T. Mowell