**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>EMERGENT BIOSOLUTIONS INC., FUAD EL-HIBRI, DANIEL J. ABDUN-NABI, ROBERT G. KRAMER and ADAM R. HAVEY,<br><br>    Defendants. | Case No.: 16-cv-02625-RWT<br><br>CLASS ACTION |

**Motion To Withdraw**

In accordance with Local Rule 101.2(b), I, Timothy Perla, respectfully move to withdraw my appearance as counsel for Defendants Emergent Biosolutions, Inc., Fuad El-Hibri, Daniel J. Abdun-Nabi, Robert G. Kramer and Adam Havey (the "Defendants").  Matthew Solum and Yosef J. Riemer of the law firm of Kirkland and Ellis LLP previously entered appearances in this case and will continue to represent the Defendants.

                                                                           */s/* Timothy Perla
                                                                           Timothy Perla (admitted *pro hac vice*)
                                                                           Wilmer Cutler Pickering Hale
                                                                           and Dorr LLP
                                                                           60 State Street
                                                                           Boston, MA 02109
                                                                           timothy.perla@wilmerhale.com
                                                                           tel.:  617 526-6000
                                                                           fax:  617 526-5000

December 30, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 30, 2016:

SAMUEL H. RUDMAN
ROBBINS GELLER RUDMAN
     & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747


DANA W. McKEE
BROWN, GOLDSTEIN LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202

                                                        */s/* Timothy Perla
                                                        Timothy Perla