**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **WILLIAM SPONN**, | * |
| *Plaintiff*, | * |
| v. | *   Case No. RWT 16-cv-02625 |
| **DONALD G. SHOOTER, et al.** | * |
| *Defendants*. | * |

## ORDER

On December 30, 2016, attorneys Michael Bongiorno, Eric D. Wolkoff, Timothy Perla, and Heather T. Mowell filed Motions to Withdraw as counsel for the Defendants. ECF Nos. 25-28. Matthew Solum and Yosef J. Riemer previously entered their appearances, and they will continue to represent the Defendants. Accordingly, it is this 3rd day of January, 2017, by the United States District Court for the District of Maryland hereby

**ORDERED**, that the Motions to Withdraw [ECF Nos. 25, 26, 27, and 28] are **GRANTED**; and it is further

**ORDERED**, that the Clerk is directed to **STRIKE** the appearance of Michael Bongiorno, Eric D. Wolkoff, Timothy Perla, and Heather T. Mowell as counsel.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE