IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM SPONN, Individually on
Behalf of All Others Similarly Situated,  *

**Plaintiff,**
                                          *

v.                                        Case No. 8:16-cv-02625-RWT

EMERGENT BIOSOLUTIONS,                    *
INC., et al,

**Defendant.**                            *

### MOTION FOR ADMISSION PRO HAC VICE

I, Dana Whitehead McKee, am a member in good standing of the bar of this Court. I am moving the admission of Jonah H. Goldstein to appear pro hac vice in this case as counsel for Lead Plaintiffs City of Cape Coral Municipal Firefighters' Retirement Plan and City of Sunrise Police Officers' Retirement Plan.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Colorado: 10/23/1995 | D. Colo.: 10/8/1996 |
| California: 11/21/1997 | S.D. Cal.: 1/6/1998 |
|  | C.D. Cal.: 4/4/2001 |
|  | See attached Schedule A for additional courts. |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court ___0___ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Dana W. McKee* | *[signature]* |
| Signature | Signature |
| Dana Whitehead McKee (04447) | Jonah H. Goldstein |
| Printed name and bar number | Printed name and bar number |
| Brown, Goldstein & Levy, LLP | Robbins Geller Rudman & Dowd LLP |
| Office name | Office name |
| 120 E. Baltimore St., Suite 1700, Baltimore, MD 21202 | 655 West Broadway, Ste. 1900, San Diego, CA 92101 |
| Address | Address |
| dwm@browngold.com | jonahg@rgrdlaw.com |
| Email Address | Email Address |
| (410) 962-1030 | (619) 231-1058 |
| Telephone number | Telephone number |
| (410) 385-0869 | (619) 231-7423 |
| Fax Number | Fax Number |

Schedule A – Jonah H. Goldstein, Additional Courts and Dates of Admission

1) 9th Circuit Court of Appeals: 10/20/1998;
2) N.D. Cal.: 2/14/2005; and
3) N.D. Ala.: 5/11/2006.