UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENT BIOSOLUTIONS INC., FUAD EL-HIBRI, DANIEL J. ABDUN-NABI, ROBERT G. KRAMER, and ADAM R. HAVEY,<br><br>Defendants. | No. 8:16-cv-02625-RWT<br><br><u>Class Action</u><br><br><u>Oral Argument Requested</u> |

**INDEX OF EXHIBITS FOR MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

| Exhibit | Document | Date |
|:---:|---|---:|
| 1 | List of Allegedly Misleading Statements Referenced in Plaintiffs' Amended Complaint | Various |
| 2 | List of Emergent's Risk Disclosures | Various |
| 3 | List of Analyst's Risk Disclosures | Various |
| 4 | Emergent BioSolutions SEC Form 8-K | May 5, 2016 |
| 5 | Transcript of Emergent BioSolutions Inc. at Needham Healthcare Conference | April 12, 2016 |
| 6 | Press Release, *Emergent BioSolutions Submits sBLA for FDA Approval of Large-Scale Manufacturing of BioThrax in Building 55* | April 18, 2016 |
| 7 | United States Department of Health and Human Services (HHS) Notice of Intent | December 8, 2016 |

| 8  | Transcript of Emergent BioSolutions Inc. at Three Part Advisors Southwest IDEAS Investor Conference | November 19, 2015 |
|---|---|---|
| 9  | Singular Research Report | March 27, 2016 |
| 10 | Emergent BioSolutions 2015 Annual Report, Securities and Exchange Commission ("SEC") Form10-K | February 29, 2016 |
| 11 | Press Release, Emergent BioSolutions, *FDA Accepts Emergent Biosoutions' Supplemental Biologics License Application For Large-Scale Manufacturing Of Biothrax In Building 55* | June 17, 2016 |
| 12 | Press Release, Emergent BioSolution, *Emergent Biosolutions Announces Preliminary 2015 Financial Results, Provides 2016 Financial Outlook, And Outlines New Five-Year (2016-2020) Strategic Growth Plan* | January 11, 2016 |
| 13 | Emergent BioSolutions Q4 2015 Earnings Call | February 25, 2016 |
| 14 | Emergent BioSolutions Q1 2016 Earnings Call | May 5, 2016 |
| 15 | Press Release, Emergent BioSolutions, *U.S. Government Issues Solicitation Notices Providing Path To Achieve A Stockpile To Protect 25 Million People Through Procurement Of Up To 56.4 Million Doses Of Anthrax Vaccines* | June 22, 2016 |
| 16 | Emergent BioSolutions SEC Form 8-K | January 11, 2016 |
| 17 | Emergent BioSolutions LD-2 Disclosures Forms ("Lobbying Reports") for Q1 and Q2 of 2016 | Various |
| 18 | Emergent BioSolutions' Lobbying Reports for Q1 and Q2 of 2015 | Various |
| 19 | Emergent BioSolutions' Lobbying Reports for H1 of 2010 | Various |
| 20 | The Individual Defendants' Trades During the Class Period | Various |
| 21 | SEC Form 4s of Daniel Abdun-Nabi During the Class Period | Various |
| 22 | SEC Form 4s of Robert Kramer During the Class Period | Various |
| 23 | SEC Form 4s of Adam Havey During the Class Period | Various |
| 24 | SEC Form 4s of Fuad El-Hibri During the Class Period | Various |

| 25 | Rule 10b5-1 Plan Language from the Individual Defendants' Form 4s | Various |
|---|---|---|
| 26 | The Individual Defendants' Percentage of Overall Holdings Still Owned | Various |
| 27 | The Individual Defendants' Net Proceeds and Losses | Various |
| 28 | Emergent BioSolutions SEC Form 8-K | February 25, 2016 |
| 29 | Press Release, Emergent BioSolutions, *FDA Completes Pre-Approval Inspection of Emergent Biosolutions' Large-Scale Manufacturing Facility for Biothrax* | June 21, 2016 |
| 30 | Emergent BioSolutions 2006 Annual Report, SEC Form 10-K | March 27, 2007 |
| 31 | Emergent BioSolutions 2014 Annual Report, SEC Form 10-K | March 6, 2015 |
| 32 | Transcript of Emergent BioSolutions Inc. at J.P. Morgan Healthcare Conference | January 11, 2016 |
| 33 | Transcript of Emergent BioSolutions Inc. Shareholder and Analyst Call | May 19, 2016 |
| 34 | Cowen & Company Analyst Report | September 25, 2015 |
| 35 | Cowen & Company Analyst Report | January 11, 2011 |
| 36 | Cowen & Company Analyst Report | June 22, 2016 |
| 37 | Wells Fargo Analyst Report | February 19, 2016 |
| 38 | J.P. Morgan Analyst Report | February 26, 2016 |
| 39 | J.P. Morgan Analyst Report | June 22, 2016 |