IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CITY OF CAPE CORAL MUNICIPAL FIREFIGHTERS' RETIREMENT PLAN,** *

*Plaintiffs* *

v. * Civil Action No. RWT 16-2625

**EMERGENT BIOSOLUTIONS, INC., HQ *et al.*,** *

*Defendants.* *

******

**ORDER**

On July 6, 2017, the Court held a hearing on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint [ECF No. 36]. For the reasons stated on the record during the hearing, it is, this 6th day of July, 2017, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint [ECF No. 36] is hereby **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE