UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENT BIOSOLUTIONS INC., FUAD EL-HIBRI, DANIEL J. ABDUN-NABI, ROBERT G. KRAMER, and ADAM R. HAVEY,<br><br>Defendants. | No. 8:16-cv-02625-RWT |

**CERTIFICATION OF MATTHEW SOLUM IN SUPPORT OF DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFFS' AMENDED MOTION
FOR CLASS CERTIFICATION AND APPOINTMENT OF
CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Matthew Solum, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an attorney with the law firm of Kirkland & Ellis LLP.  My firm represents Defendants Emergent BioSolutions Inc. ("Emergent") and the "Individual Defendants": Fuad El-Hibri, Daniel J. Abdun-Nabi, Robert G. Kramer, and Adam R. Havey in the above-styled action (collectively "Defendants").

2.      I submit this declaration in support of Defendants' Opposition to Lead Plaintiffs' Amended Motion for Class Certification and Appointment of Class Representatives and Class Counsel dated January 16, 2018.

3.      I have personal knowledge of the facts stated herein and, I am competent to testify to the matters set forth below.

4.      Attached hereto, as Exhibit 1, is a true and correct copy of the expert report of René Stulz, dated January 16, 2018.

5.      Attached hereto, as Exhibit 2, is a true and correct copy of the July 6, 2017 Motions Hearing transcript in this matter.

6.      Attached hereto, as Exhibit 3, is a true and correct copy of an email from J. Hamaker to DC Consultants re talking points/email, dated June 22, 2016, and Bates-stamped BRGR0000060.

7.      Attached hereto, as Exhibit 4, is a true and correct copy of Emergent's Form 8-K, filed with the Securities and Exchange Commission ("SEC") on May 5, 2016.

8.      Attached hereto, as Exhibit 5, is a true and correct copy of a letter from Greg Burel and Jeffrey L. Napier to Mike Wenicke, dated April 26, 2016, and Bates-stamped EHS0000066.

9.      Attached hereto, as Exhibit 6, is a true and correct copy of Emergent's 2015 Annual Report, filed with the SEC on February 29, 2016.

10.     Attached hereto, as Exhibit 7, is a true and correct copy of the transcript of an earnings call held by Emergent on May 5, 2016.

11.     Attached hereto, as Exhibit 8, is a true and correct copy of a press release issued by Emergent on June 22, 2016, entitled "U.S. Government Issues Solicitation Notices Providing Path to Achieve a Stockpile to Protect 25 Million People Through Procurement of Up to 56.4 Million Doses of Anthrax Vaccine."

12.     Attached hereto, as Exhibit 9, is a true and correct copy of a J.P. Morgan analyst report regarding Emergent, dated June 22, 2016.

13.     Attached hereto, as Exhibit 10, is a true and correct copy of a Singular Research Report regarding Emergent, dated June 27, 2016.

14.     Attached hereto, as Exhibit 11, is a true and correct copy of the transcript of the deposition of Nathaniel Paull held on December 19, 2017.

15.     Attached hereto, as Exhibit 12, is a true and correct copy of Emergent's Form 8-K, filed with the SEC on September 30, 2016.

16.     Attached hereto, as Exhibit 13, is a true and correct copy of a Wells Fargo analyst report regarding Emergent, dated September 30, 2016.

17.     Attached hereto, as Exhibit 14, is a true and correct copy of Emergent's Form 8-K, filed with the SEC on December 8, 2016.

18.     Attached hereto, as Exhibit 15, is a true and correct copy of a "Justification and Approval" issued on December 8, 2016 by the Department of Health and Human Services.

19.     Attached hereto, as Exhibit 16, is a true and correct copy of Defendants' Notice of Deposition of David Williams, City of Sunrise Police Officers' Retirement Plan, dated December 1, 2017.

20.     Attached hereto, as Exhibit 17, is a true and correct copy of Defendants' Notice of Deposition of Damon Alimonti, Cape Coral Municipal Firefighters' Retirement Plan, dated December 1, 2017.

21.     Attached hereto, as Exhibit 18, is a true and correct copy of Defendants' Notice of Deposition of Daniel S. Bettencourt, dated December 1, 2017.

22.     Attached hereto, as Exhibit 19, is a true and correct copy of Defendants' Notice of Deposition of Plaintiff City of Sunrise Police Officers' Retirement Plan Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated December 1, 2017.

3

23.     Attached hereto, as Exhibit 20, is a true and correct copy of Defendants' Notice of Deposition of Plaintiff Cape Coral Municipal Firefighters' Retirement Plan Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated December 1, 2017.

24.     Attached hereto, as Exhibit 21, is a true and correct copy of Defendants' Subpoena to New Amsterdam to Produce Documents, dated October 24, 2017.

25.     Attached hereto, as Exhibit 22, is a true and correct copy of a Defendants' Subpoena to New Amsterdam to Testify at a Deposition in a Civil Action, dated November 17, 2017.

26.     Attached hereto, as Exhibit 23, is a true and correct copy of Defendants' Notice of Deposition of New Amsterdam Partners LLC Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated December 11, 2017.

27.     Attached hereto, as Exhibit 24, is a true and correct copy of the transcript of the deposition of David Williams held on December 14, 2017.

28.     Attached hereto, as Exhibit 25, is a true and correct copy of the transcript of the deposition of Damon Alimonti held on December 15, 2017.

29.     Attached hereto, as Exhibit 26, is a true and correct copy of Defendants' Notice of Deposition of William Sponn, dated December 6, 2017.

30.     Attached hereto, as Exhibit 27, is a true and correct copy of an email from Amy Pearlman to Matthew Solum and Jonah Goldstein re "City of Cape Coral Municipal Firefighters' Retirement Plan et al. v. Emergent Biosolutions et al. [RWT 16-2625]," dated December 19, 2017.

31.     Attached hereto, as Exhibit 28, is a true and correct copy of the transcript of the deposition of Geoffrey Flagstad held on January 8, 2018.

32.     Attached hereto, as Exhibit 29, is a true and correct copy of exhibit 4 from Daniel S. Bettencourt's deposition.

33.     Attached hereto, as Exhibit 30, is a true and correct copy of exhibit 6 from Daniel S. Bettencourt's deposition.

34.     Attached hereto, as Exhibit 31, is a true and correct copy of a document, prepared under my supervision, compiling a list of Emergent's risk disclosures aggregated from Emergent's SEC filings, earnings call transcripts, conference transcripts, and press releases.

35.     Attached hereto, as Exhibit 32, is a true and correct copy of a Singular Research Report regarding Emergent, dated March 27, 2016.

36.     Attached hereto, as Exhibit 33, is a true and correct copy of a document, prepared under my supervision, aggregating analyst risk disclosures regarding Emergent, collected from analyst reports referenced in the Complaint.

37.     Attached hereto, as Exhibit 34, is a true and correct copy of the transcript of a presentation given by Emergent at the Needham Healthcare Conference on April 12, 2016.

38.     Attached hereto, as Exhibit 35, is a true and correct copy of a press release issued by Emergent on April 18, 2016 entitled "Emergent BioSolutions Submits sBLA for FDA Approval of Large-Scale Manufacturing of BioThrax in Building 55."

39.     Attached hereto, as Exhibit 36, is a true and correct copy of a press release issued by Emergent on June 17, 2016, entitled "FDA Accepts Emergent BioSolutions' Supplemental Biologics License Application for Large-Scale Manufacturing of BioThrax in Building 55."

40.     Attached hereto, as Exhibit 37, is a true and correct copy of a press release issued by Emergent on January 11, 2016, entitled "Emergent BioSolutions Announces Preliminary

2015 Financial Results, Provides 2016 Financial Outlook, and Outlines New Five-Year (2016-2020) Strategic Growth Plan."

41.    Attached hereto, as Exhibit 38, is a true and correct copy of the transcript of an earnings call held by Emergent on February 25, 2016.

42.    Attached hereto, as Exhibit 39, is a true and correct copy of Emergent's Form 8-K, filed with the SEC on February 25, 2016.

43.    Attached hereto, as Exhibit 40, is a true and correct copy of a press release issued by Emergent on June 21, 2016 entitled "FDA Completes Pre-Approval Inspection of Emergent BioSolutions' Large-Scale Manufacturing Facilities for BioThrax."

44.    Attached hereto, as Exhibit 41, is a true and correct copy of Emergent's 2006 Annual Report, filed with the SEC on March 27, 2007.

45.    Attached hereto, as Exhibit 42, is a true and correct copy of Emergent's 2014 Annual Report, filed with the SEC on March 6, 2015.

46.    Attached hereto, as Exhibit 43, is a true and correct copy of the transcript of a company conference presentation given by Emergent at the J.P. Morgan Healthcare Conference on January 11, 2016.

47.    Attached hereto, as Exhibit 44, is a true and correct copy of the transcript of a shareholder and analyst call held by Emergent on May 19, 2016.

48.    Attached hereto, as Exhibit 45, is a true and correct copy of a Cowen & Company analyst report regarding Emergent, dated September 25, 2015.

49.    Attached hereto, as Exhibit 46, is a true and correct copy of a Cowen & Company analyst report regarding Emergent, dated January 11, 2016.

50.    Attached hereto, as Exhibit 47, is a true and correct copy of a Cowen & Company analyst report regarding Emergent, dated June 22, 2016.

51.    Attached hereto, as Exhibit 48, is a true and correct copy of a Wells Fargo analyst report regarding Emergent, dated February 19, 2016.

52.    Attached hereto, as Exhibit 49, is a true and correct copy of a J.P. Morgan analyst report regarding Emergent, dated February 26, 2016.

I hereby certify that the foregoing statements made by me are true.

Dated: January 16, 2018                  /s/ *Matthew Solum*
                                          Matthew Solum