FORM UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENT BIOSOLUTIONS INC., FUAD EL-HIBRI, DANIEL J. ABDUN-NABI, ROBERT G. KRAMER, and ADAM R. HAVEY,<br><br>Defendants. | No. 8:16-cv-02625-RWT<br><br><br>Oral Argument Requested |

**CERTIFICATION OF MATTHEW SOLUM IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE THE OPINIONS OF DANIEL S. BETTENCOURT**

I, Matthew Solum, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an attorney with the law firm of Kirkland & Ellis LLP.  My firm represents Defendants Emergent BioSolutions Inc. ("Emergent") and the "Individual Defendants": Fuad El-Hibri, Daniel J. Abdun-Nabi, Robert G. Kramer, and Adam R. Havey in the above-styled action (collectively "Defendants").

2.      I submit this declaration in support of Defendants' Motion to Exclude the Opinions of Daniel S. Bettencourt dated January 16, 2018.

3.      I have personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

4.      Attached hereto, as Exhibit 1, is a true and correct copy of a document, prepared under my supervision, comparing Defendants' expert Professor René M. Stulz's qualifications to Mr. Daniel S. Bettencourt's.

5.      Attached hereto, as Exhibit 2, is a true and correct copy of the transcript from the deposition of Daniel S. Bettencourt held on December 18, 2017.

6.      Attached hereto, as Exhibit 3, is a true and correct copy of exhibit 1 from Daniel S. Bettencourt's deposition.

7.      Attached hereto, as Exhibit 4, is a true and correct copy of a Wells Fargo analyst report regarding Emergent, issued on June 23, 2016.

8.      Attached hereto, as Exhibit 5, is a true and correct copy of a J.P. Morgan analyst report regarding Emergent, issued on November 7, 2016.

9.      Attached hereto, as Exhibit 6, is a true and correct copy of an email from Robert Dotchin to Laura Friedel, dated June, 9, 2016 and bates numbered ADVG0000039.

I hereby certify that the foregoing statements made by me are true.

Dated: January 16, 2018

/s/ *Matthew Solum*
Matthew Solum