FORM UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENT BIOSOLUTIONS INC. FUAD EL-HIBRI, DANIEL J. ABDUN-NABI, ROBERT G. KRAMER, and ADAM R. HAVEY,<br><br>Defendants. | No. 8:16-cv-02625-RWT<br><br><br>Oral Argument Requested |

**CERTIFICATION OF MATTHEW SOLUM IN SUPPORT OF DEFENDANTS'
REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE THE OPINIONS OF DANIEL S. BETTENCOURT**

I, Matthew Solum, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an attorney with the law firm of Kirkland & Ellis LLP.  My firm represents Defendants Emergent BioSolutions Inc. ("Emergent") and the "Individual Defendants": Fuad El-Hibri, Daniel J. Abdun-Nabi, Robert G. Kramer, and Adam R. Havey in the above-styled action (collectively "Defendants").

2.      I submit this declaration in support of Defendants' Reply Memorandum of Law in Support of Motion to Exclude the Opinions of Daniel S. Bettencourt dated March 12, 2018.

3.      I have personal knowledge of the facts stated herein, and I am competent to testify to the matters set forth below.

4.      Attached hereto, as Exhibit 1, is a true and correct copy of the rebuttal expert report of Professor René M. Stulz, dated March 12, 2018.

5.      Attached hereto, as Exhibit 2, is a true and correct copy of an email from J. Hamaker to DC Consultants re BARDA contract signed - CDC negotiations continue, dated September 30, 2016, and bates-stamped DH-000054.

6.      Attached hereto, as Exhibit 3, is a true and correct copy of an email from J. Hamaker to DC Consultants re BARDA contract signed - CDC negotiations continue, dated September 30, 2016, and bates-stamped DH-000046.

7.      Attached hereto, as Exhibit 4, is a true and correct copy of a press release issued by Emergent on September 30, 2016, entitled "Emergent BioSolutions Provides Update on Status of Biothrax Procurement Contract and Discussions with CDC."

8.      Attached hereto, as Exhibit 5, is a true and correct copy of a press release issued by Emergent on March 17, 2017, entitled "Emergent BioSolutions Awarded $100 million BARDA Contract for Biothrax Deliveries to the Strategic National Stockpile."

9.      Attached hereto, as Exhibit 6, is a true and correct copy of Emergent's 2016 Annual Report (Form 10-K), filed with the SEC on February 28, 2017.

10.     Attached hereto, as Exhibit 7, is a true and correct copy of Emergent's 2013 Annual Report (Form 10-K), filed with the SEC on March 10, 2014.

I hereby certify that the foregoing statements made by me are true.

Dated: March 12, 2018                    /s/ *Matthew Solum*
                                         Matthew Solum