IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CITY OF CAPE CORAL MUNICIPAL FIREFIGHTERS' RETIREMENT PLAN,** *ET AL.*, | * * * * | |
| *Plaintiffs*, | * * | |
| v. | * * | Case No. RWT 16-cv-2625 |
| **EMERGENT BIOSOLUTIONS, INC., HQ,** *ET AL.*, | * * * | |
| *Defendants*. | * * | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 8th day of June, 2018, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel [ECF No. 60] is **DENIED AS MOOT**; and it is further

**ORDERED**, that Lead Plaintiffs' Amended Motion for Class Certification and Appointment of Class Representatives and Class Counsel [ECF No. 68] is **GRANTED**; and it is further

**ORDERED**, that a plaintiff Class, under Federal Rule of Civil Procedure 23, is **CERTIFIED** as follows:

> All persons or entities, who, between May 5, 2016 and June 21, 2016, purchased or otherwise acquired Emergent BioSolutions Inc. publicly traded common stock listed on the New York Stock Exchange, Inc. and who were damaged thereby;

and it is further

**ORDERED**, that Geoffrey L. Flagstad is **APPOINTED** Class Representative and Robbins Geller Rudman & Dowd LLP is **APPOINTED** Class Counsel of said Class; and it is further

**ORDERED**, that Defendants' Motion to Exclude the Opinions of Daniel S. Bettencourt [ECF No. 81] is **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE