UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMERGENT BIOSOLUTIONS INC., et al.,<br><br>Defendants. | No. 8:16-cv-02625-RWT<br><br><u>CLASS ACTION</u> |

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

1489450_1

PLEASE TAKE NOTICE that Lead Plaintiffs City of Cape Coral Municipal Firefighters' Retirement Plan and City of Sunrise Police Officers' Retirement Plan and Class Representative Geoffrey L. Flagstad ("Plaintiffs"), on behalf of themselves and the Settlement Class, will move this Court, at a date and time to be set by the Court, for an order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) preliminarily approving the proposed class action settlement on the terms set forth in the Stipulation of Settlement, dated October 16, 2018 ("Stipulation"), which is being filed concurrently; (b) certifying the Settlement Class for settlement purposes; (c) approving the proposed methods of disseminating notice to the Settlement Class; (d) setting a date for the final settlement hearing; and (e) such other and further relief as this Court deems just and proper. Defendants do not oppose the motion.

This motion is based on the Stipulation and exhibits thereto; the accompanying memorandum of law in support thereof; all of the prior pleadings in this Litigation; and such additional evidence or argument as may be presented to or required by the Court.

A proposed Order Preliminarily Approving Settlement and Providing for Notice is also submitted herewith.

DATED: October 17, 2018

Respectfully submitted,

 /s/ Jonah H. Goldstein
ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN
(admitted *Pro Hac Vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jonahg@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
(admitted *Pro Hac Vice*)
FRANCIS P. KARAM
(admitted *Pro Hac Vice*)
ROBERT D. GERSON
(admitted *Pro Hac Vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
fkaram@rgrdlaw.com
rgerson@rgrdlaw.com

*Lead Counsel for Plaintiffs and Proposed Class Counsel*

BROWN, GOLDSTEIN LEVY, LLP
DANA W. McKEE (04447)
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Telephone:  410/962-1030
410/385-0869 (fax)
dwm@browngold.com

*Local Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 17, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Jonah H. Goldstein
JONAH H. GOLDSTEIN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  JonahG@rgrdlaw.com

# Mailing Information for a Case 8:16-cv-02625-RWT City of Cape Coral Municipal Firefighters' Retirement Plan et al v Emergent Biosolutions, Inc., HQ et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert D Gerson**
  rgerson@rgrdlaw.com

- **Jonah H Goldstein**
  jonahg@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com,ldeem@rgrdlaw.com

- **Francis P Karam**
  fkaram@rgrdlaw.com

- **Dana Whitehead McKee**
  dwm@browngold.com,kgates@browngold.com,dcaimona@browngold.com

- **Mark T Millkey**
  mmillkey@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Yosef J. Riemer**
  yosef.riemer@kirkland.com,kenymanagingclerk@kirkland.com,ecf-0034f2ed07b9@ecf.pacerpro.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew Solum**
  msolum@kirkland.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`