UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| WILLIAM SPONN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 8:16-cv-02625-RWT |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) ) | |
| Defendants. | ) ) | |

NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR (1) FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (2)
AN AWARD OF ATTORNEYS' FEES AND EXPENSES TO LEAD COUNSEL AND
AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)

1503644_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on January 22, 2019, at 10:00 a.m., at the United States District Court, District of Maryland, United States Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770, or as soon thereafter as counsel may be heard before the Honorable Roger W. Titus, United States District Judge, Lead Plaintiffs City of Cape Coral Municipal Firefighters' Retirement Plan and City of Sunrise Police Officers' Retirement Plan, and Certified Class Representative Geoffrey L. Flagstad (collectively, "Plaintiffs"), will and hereby move for orders and/or judgments: (1) finally approving the settlement of this class action and dismissing the litigation with prejudice, and approving the Plan of Allocation; (2) awarding Lead Counsel attorneys' fees of 33% of the Settlement Amount plus expenses, plus interest on both amounts; and (3) approving awards to Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4). Plaintiffs' motion is based upon the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses and Award to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4), the declarations submitted in support thereof, the Stipulation of Settlement dated October 16, 2018, all other pleadings and matters of record, and such additional evidence or argument as may be presented in Plaintiffs' motion or at the hearing on Plaintiffs' motion.

DATED: November 20, 2018   Respectfully submitted,

      /s/ Jonah H. Goldstein
ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
(admitted *Pro Hac Vice*)
JONAH H. GOLDSTEIN
(admitted *Pro Hac Vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jonahg@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
(admitted *Pro Hac Vice*)
FRANCIS P. KARAM
(admitted *Pro Hac Vice*)
ROBERT D. GERSON
(admitted *Pro Hac Vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
fkaram@rgrdlaw.com
rgerson@rgrdlaw.com

*Lead Counsel for Plaintiffs and Proposed Class Counsel*

BROWN, GOLDSTEIN LEVY, LLP
DANA W. McKEE (04447)
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Telephone: 410/962-1030
410/385-0869 (fax)
dwm@browngold.com

*Local Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on November 20, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    /s/ Jonah H. Goldstein
JONAH H. GOLDSTEIN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  JonahG@rgrdlaw.com

# Mailing Information for a Case 8:16-cv-02625-RWT City of Cape Coral Municipal Firefighters' Retirement Plan et al v Emergent Biosolutions, Inc., HQ et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert D Gerson**
  rgerson@rgrdlaw.com

- **Jonah H Goldstein**
  jonahg@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com,ldeem@rgrdlaw.com

- **Francis P Karam**
  fkaram@rgrdlaw.com

- **Dana Whitehead McKee**
  dwm@browngold.com,kgates@browngold.com,dcaimona@browngold.com

- **Mark T Millkey**
  mmillkey@rgrdlaw.com,e_file_ny@rgrdlaw.com,1781895420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Yosef J. Riemer**
  yosef.riemer@kirkland.com,kenymanagingclerk@kirkland.com,ecf-0034f2ed07b9@ecf.pacerpro.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew Solum**
  msolum@kirkland.com

- **Ellen Gusikof Stewart**
  elleng@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`